IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Civil Action No. 07-cv-02564-WDM

AVELO MORTGAGE,

    Plaintiff,

v.

VICKI R. DILLARD-CROWE,

    Defendant.

_____

**MINUTE ORDER**
_____

SENIOR JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    Defendant's request for reimbursement (doc. no. 24) is denied.

Dated: October 29, 2008

                                      s/ Jane Trexler, Judicial Assistant